**FILED**

FEB 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ARIETA YAMAGUCHI. <br><br> ARIETA YAMAGUCHI, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, <br><br> Respondent, <br><br> DAVID A. EZRA; et al., <br><br> Real Parties in Interest. | No. 06-70157 <br><br> D.C. No. CR-02-00552-DAE/TSZ <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

Before:   SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 24 2006

by: _____
Deputy Clerk

MOATT