IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 05-10528      U.S. District Court Case No. 02-00552DAE

Short Case Title  USA v. Arieta Yamaguchi

Date Notice of Appeal Filed by Clerk of District Court  July 20, 2005

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 11/14/2003 | ESR Tape 1200 | ~~Voir Dire~~ Motion to Dismiss Counsel and to Represent Herself ~~Opening Statements~~ |
| 11/17/2003 | ESR Tape 1204 | ~~Settlement Instructions~~ Continued Hearing Motion to Dismiss Counsel and to ~~Closing Arguments~~ Represent Herself |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  11/1/2006      Estimated date for completion of transcript  ASAP

Print Name of Attorney  Loretta Sheehan      Phone Number  (808) 541-2850

Signature of Attorney  Loretta Sheehan

Address  300 Ala Moana Blvd., Room 6-100, Honolulu, Hawaii 96850

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn                       BY: _____
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII NOV 0 1 2006 SUE BEITIA, CLERK

ORIGINAL

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail**:

Shawn A. Luiz, Esq.                November 1, 2006
City Center, Suite 800
810 Richards Street
Honolulu, HI  96813

Attorney for Defendant
ARIETA YAMAGUCHI

DATED:  November 1, 2006, at Honolulu, Hawaii.

*[signature]*