# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 2, 2007

To: United States Court of Appeals    Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                 (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CR 02-00552TSZ-02      Appeal No:    05-10528

Short Title:    U.S.A. vs. Yamaguchi (02)

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes    original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: # 21

Acknowledgment: _____    Date: _____

[multiple defts case]

cc: counsel