# RECORDS RETURN

DATE: July 10, 2007

TO: UNITED STATES DISTRICT COURT
District of Hawaii (Honolulu)

FROM: U.S. COURT OF APPEALS, NINTH CIRCUIT

    BY: Alice Rosenbach (for Judge Richard C. Tallman)
    (206) 553-6300

TITLE: **U.S.A. v. Yamaguchi; U.S.A. v. Lilo Faafiti**
(Multi-Defendants Case)

CA No.    05-10528; 05-10501    DC No. CR-02-00552TSZ-02
    CR -02-00552TSZ-04

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: 6

6    VOL. CLERK'S FILE(S)

    VOL. REPORTER'S TRANSCRIPT(S)

**Other**: certified copy of docket sheet
    Sealed Doc. No. 304

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco

*[Stamp: RECEIVED CLERK U.S. DISTRICT COURT JUL 11 2007 DISTRICT OF HAWAII]*