UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 0 2007

at __1__ o'clock and __10__ min. P M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | No. 05-10528 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00552-DAE |
| v. | |
| ARIETA YAMAGUCHI, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 06/26/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST:

JUL 1 8 2007

by: _____
Deputy Clerk