

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

July 18, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 20 2007
1:10 pm
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10528 | USA v. Yamaguchi | CR-02-00552-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Wayne Price
Deputy Clerk

Enclosure(s)
cc: All Counsel

MORGAN, LEWIS i

INTERNAL USE ONLY: Proceedings include all events.
05-10528 USA v. Yamaguchi

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ARIETA YAMAGUCHI<br>    Defendant - Appellant | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC cja]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813<br><br>Arieta Yamaguchi<br>89145-022<br>[COR LD NTC prs]<br>FCID - FEDERAL CORRECTIONAL<br>INSTITUTION (DUBLIN)<br>5701 Eighth St., - Camp Parks<br>Dublin, CA 94568 |