# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF HAWAII

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 15 2008

at __10__ o'clock and __10__ min __0__ __LS__ M.
SUE BEITIA, CLERK

|  |  |
|---|---|
| United States of America<br>v.<br>Arieta Yamaguchi | Case No: 1:02CR00552-002<br>USM No: 89145-022<br>Arieta Yamaguchi, pro se;<br>Jeffrey Arakaki, stand by counsel<br>Defendant's Attorney |

Date of Previous Judgment: 05/23/2005
(Use Date of Last Amended Judgment if Applicable)

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __144 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 235-293 months | Amended Guideline Range: | 188-235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __May 23, 2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 10, 2008__

Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Thomas S. Zilly
United States District Judge