## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "JUDICIAL NOTICE and MOTION" to which this Proof of Service is attached will be duly Served upon the following listed below by sending such copies to Court Clerk for Service of Court, and by depositing said copies in the UNITED STATES MAIL FIRST CLASS, POSTAGE PREPAID, and addressed as follows:

TRIAL JUDGE:   THOMAS S. ZILLY of WASHINGTON DISTRICT
               C/O 300 ALA MOANA BOULEVARD
               HONOLULU, HAWAII 96850

JUDGMENT EXECUTION JUDGE:   DAVID ALLEN EZRA
                            300 ALA MOANA BOULEVARD
                            HONOLULU, HAWAII 96850

EDWARD H. KUBO JR. #2499
UNITED STATES ATTORNEY
LORETTA H. SHEEHAN
ASSISTANT U.S ATTORNEY
ROOM 6100 PJKK FEDERAL BUILDING
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850

I Verify that the foregoing is true and Correct to the best of My knowledge, information, belief, and not meant to mislead. Executed this 5th day of June 2008, at Dublin, California.

All Rights and Remedies Reserved

By: _____
    Movant