FROM: Arieta Yamaguchi-Detainee
89145-022
C/O Dublin FCI-Custodian
5675 8th Street Camp Parks
Dublin, California 94568

TO: SUE BEITIA, CLERK OF COURT
C/O UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850



**RECEIVED**
CLERK U.S. DISTRICT COURT
JUN 09 2008
4:13 pm
DISTRICT OF HAWAII