UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | No. CR02-552TSZ |
|---|---|
| Plaintiff-Respondent, | No. C08-284TSZ |
| v. | ORDER |
| ARIETA YAMAGUCHI, | |
| Defendant-Petitioner. | |

Defendant-Petitioner's motion to vacate judgment, docket no. 521 in Case No. CR02-552TSZ and docket no. 1 in Case No. C08-284, is DENIED. Case No. C08-284TSZ is DISMISSED.

The Clerk is directed to send a copy of this Order to all counsel of record and to Defendant-Petitioner Arieta Yamaguchi.

IT IS SO ORDERED.

DATED this 26th day of June, 2008.

A

Thomas S. Zilly
United States District Judge

ORDER  -1-