ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2008

at 3 o'clock and 0 min. Y M
SUE BEITIA, CLERK

Arieta Yamaguchi-Detainee
C/O Dublin FCI-Custodian
5675 8th Street Camp Parks
Dublin, California 94568

In Propria Persona

All Rights Reserved
Without Prejudice

UNITED STATES DISTRICT COURT
JUDICIAL DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO._____ |
| | ) | L.-CRT CV08-00284 TSZ |
| | ) | CR.NO.02-00552 DAE/TSZ |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL; |
| | ) | IN PURSUANT UNDER RULES |
| | ) | GOVERNING 28 U.S.C.A §2255 RULE 11; |
| vs. | ) | AND FEDERAL RULES OF APPELLATE |
| | ) | PROCEDURE RULE 4(a),(1)&(6); |
| | ) | ATTACHMENTS ARE:(1COPY OF 2255 |
| ARIETA YAMAGUCHI | ) | MOTION/JUDICIAL NOTICE, 5 PAGES |
| | ) | ORDER AND JUDGMENT), |
| Defendant | ) | PROOF OF NOTIFICATION |
| | ) | |
| Arieta Yamaguchi | ) | |
| Detainee. | ) | |

NOTICE OF APPEAL
PURSUANT TO RULES GOVERNING 28 U.S.C.A §2255 PROCEEDINGS RULE 11
RULE 4 (a),(1)&(6) OF FEDERAL RULES OF APPELLATE PROCEDURE

TO:
CLERK OF THE COURT
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII NEI 96850

OFFICE OF THE CLERK
COURT OF APPEALS, 9th CIRCUIT
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

NOTICE IS HEREBY GIVEN pursuant to Above-Mention Rules and United States Constitution that I, Arieta Yamaguchi, enter this Notice of Appeal to **STRIKE** DC's Order and Judgment for irregularity in Consideration of Law and Justice, And for Court to Re-Review in Consideration an Act of Congress pursuant to 28 U.S.C.A §2255 Motion/Judicial Notice per its contents.
Dated: Thursday July 17, 2008 at Dublin SFPC.

By: _Arieta Yamaguchi_
FOR ARIETA YAMAGUCHI