UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>v.<br><br>ARIETA YAMAGUCHI,<br><br>    Defendant-Petitioner. | No. CR02-552TSZ<br><br>No. C08-284TSZ<br><br>ORDER |

Defendant-Petitioner's motion to vacate judgment, docket no. 521 in Case No. CR02-552TSZ and docket no. 1 in Case No. C08-284, is DENIED. Case No. C08-284TSZ is DISMISSED.

The Clerk is directed to send a copy of this Order to all counsel of record and to Defendant-Petitioner Arieta Yamaguchi.

IT IS SO ORDERED.

DATED this 26th day of June, 2008.

A

Thomas S. Zilly
United States District Judge

ORDER -1-

# Orders on Motions

1:02-cr-00552-DAE USA v. Maldonado, et al

Civil case **1:08-cv-00284-TSZ** was closed before docketing this event.

## U.S. District Court

## District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 6/30/2008 at 10:42 AM HST and filed on 6/30/2008
**Case Name:**      USA v. Maldonado, et al
**Case Number:**    1:02-cr-552
**Filer:**
**Document Number:** 522

**Docket Text:**
ORDER [521] as to Arieta Yamaguchi (2). Signed by THOMAS S. ZILLY on 6/26/08. - Defendant-Petitioners motion to vacate judgment, docket no. 521 in CR 02-50052 TSZ and docket no. 1 in CV 08-00284 TSZ, is DENIED. (ecs, )

*1:02-cr-552-2 Notice has been electronically mailed to:*

*Alexander Silvert alexander_silvert@fd.org, fpdhi@hotmail.com, hermi_hunt@fd.org*

*Richard T. Pafundi pafundi808@msn.com*

*Daniel T. Pagliarini dan@ilghawaii.com*

*Randall M. Oyama randyoyama@gmail.com*

*Loretta A. Sheehan loretta.sheehan@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, iris.tanaka@usdoj.gov*

*Shawn A. Luiz attorneyluiz@msn.com*

*William M. Domingo wmdomingo@yahoo.com*

*Deanna Dotson dkeith02@earthlink.net*

*1:02-cr-552-2 Notice will not be electronically mailed to:*

*The following document(s) are associated with this transaction:*

*Document description:Main Document*
*Original filename:n/a*
*Electronic document Stamp:*
*[STAMP dcecfStamp_ID=1095854936 [Date=6/30/2008] [FileNumber=521246-0]*
*[c223220210a5f798cb5fa4bc6d7dc3452261ceaf09a55c139c0e2f3a308bde0b7a62*
*1f1e1f7b5380a764a7947a1db965573374ef1f85fc3c9a261966d90b1fe9]]*

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| Plaintiff - Respondent | Case: CV 08-00284 TSZ |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ARIETA YAMAGUCHI | June 30, 2008 |
| Defendant - Petitioner. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED, pursuant to the Order issued by Judge Thomas S. Zilly, filed on June 30, 2008.

cc: all parties of record

| June 30, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

## Other Orders/Judgments

1:08-cv-00284-TSZ Yamaguchi v. USA

## U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 6/30/2008 at 9:15 AM HST and filed on 6/30/2008
**Case Name:**           Yamaguchi v. USA
**Case Number:**         1:08-cv-284
**Filer:**
**WARNING: CASE CLOSED on 06/30/2008**
**Document Number:**     3

**Docket Text:**
JUDGMENT IN A CIVIL CASE. Signed by S. Beitia/Clerk; E. Sakoda/Deputy Clerk on 6/26/08. (ecs, )

**1:08-cv-284 Notice has been electronically mailed to:**

Loretta A. Sheehan   loretta.sheehan@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, iris.tanaka@usdoj.gov

**1:08-cv-284 Notice will not be electronically mailed to:**

Arieta Yamaguchi
89145-022
Dublin FCI - Custodian
5675 8th Street Camp Parks
Dublin, CA 94568

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=6/30/2008] [FileNumber=521098-0]
[8c2a7f19bfb9827288f4230e675408dca1284ee2c31698cc7444460ac48ae1bf31ed
d417875c7fdd441cf9999119d4da3cb298a77dea945753c07fbad1d918ef]]