UNITED STATES DISTRICT COURT

JUDICIAL DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. |
| | ) | L.-CRT CV08-00284 TSZ |
| | ) | CR.NO. 02-00552 DAE/TSZ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROOF OF NOTIFICATION |
| | ) | |
| ARIETA YAMAGUCHI | ) | |
| | ) | |
| Defendant | ) | |
| Arieta Yamaguchi | ) | |
| Detainee. | ) | |

PROOF OF NOTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing to which this proof of notification is attached will be duly served via the United States agent upon the following by depositing said copies in the United States Mail First Class postage prepaid, and addressed as follows:

Edward H. Kubo, Jr. #2499
United States Attorney
300 Ala Moana Boulevard-Room 6-100
Honolulu, Hawaii 96850-6100

Dated: Thursday July 17,2008 at Dublin SFPC.

By: _[signature]_
FOR ARIETA YAMAGUCHI