FROM: Arieta Yamaguchi
89146-022
c/o Dublin FCI - Custodian
SFPC - 5675 8th St-
Dublin, California 94568

TO: CLERK OF THE COURT
SUE BEITIA
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850


