# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 22, 2008

Arieta Yamaguchi
C/O Dublin FCI
5675 8th Street Camp Parks
Dublin, California 94568

Dear Ms. Yamaguchi,

The Clerks Office is not responsible for service to the U.S Attorney's office. Two copies of your Appeal is being returned to you.

Sincerely,

SUE BEITIA, Clerk

By:

Deputy Clerk