# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   ARIETA   YAMAGUCHI   vs.   UNITED STATES OF AMERICA

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:**   CR 02-00552DAE-TSZ

CV08-00284TSZ ✓

II   **DATE NOTICE OF APPEAL FILED:**   JULY 22, 2008

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:**            **AMOUNT:**

**NOT PAID YET:**   ✓            **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**  CV 08-00284TSZ

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 1, 2008

To All Counsel of Record as Appellees:

    IN RE:    ARIETA YAMAGUCHI vs. UNITED STATES OF AMERICA

             CR 02-00552DAE-TSZ
             CV 08-00284TSZ ✓

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on JULY 22, 2008 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK
by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    ARIETA YAMAGUCHI (pro se)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS