

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**
AUG 11 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   ARIETA YAMAGUCHI vs. UNITED STATES OF AMERICA

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 08-16787

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 02-00552DAE-TSZ
   CV08-00284TSZ

II  **DATE NOTICE OF APPEAL FILED:**   JULY 22, 2008

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:**

   **NOT PAID YET:** ✓              **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:    DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**   CV 08-00284TSZ

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____  PAID _____  F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)